UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINALD HERBIN,

                Plaintiff,

-against-

THE CITY OF NEW YORK,

                Defendants.

22-CV-5890 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the December 7, 2022, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    December 7, 2022
             New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge